Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-406-342**
**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
August 05, 2024



---

## Title

| | |
|---|---|
| Title of Work: | "Tucson" collection - 497 Terracotta |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | April 06, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Elizabeth's Studio LLC |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Elizabeth's Studio LLC |
| | 440 South Main Street, suite 3, Milltown, NJ, 08850, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Elizabeth's Studio LLC |
| Name: | Elizabeth Shnayder |
| Email: | eshnayder@elizabethsstudio.com |
| Address: | 440 South Main Street |
| | suite 3 |
| | Milltown, NJ 08850 United States |

## Certification

Page 1 of 2

